**Fill in this information to identify the case:**

Debtor name ___The Newell Mowing Co._____

United States Bankruptcy Court for the: ___District of Colorado_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                    12/15

---

**Part 1:**   **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..............................................................  $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..............................................................  $ _____238,381.92

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..............................................................  $ _____238,381.92

---

**Part 2:**   **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............  $ _____564,226.52

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*..............................................  $ _____37,141.82

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................  +$ _____364,695.97

4. **Total liabilities** ..............................................................................................  $ _____966,064.31
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _The Newell Mowing Co._____

United States Bankruptcy Court for the: _District of Colorado_____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Vectra Bank Business Inspire | Checking | 8  4  7  2 | $ 0.00 |
| 3.2. Vectra Bank Business Growth | Checking | 8  3  5  7 | $ 111.09 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 111.09

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Commercial Lease Security Deposit. Cf. Part 9: Line 55, infra. | $ 1,700.00 |
|---|---|
| 7.2. _____ | $_____ |

Debtor  The Newell Mowing Co.
_____
        Name

Case number *(if known)*_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 1,700.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:

57,449.98 _____ − 19,649.98 _____ = ........➜   $ 37,800.00
face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:

2,803.32 _____ − 2,102.49 _____ = ........➜   $ 700.83
face amount                 doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 38,500.83

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

Debtor    The Newell Mowing Co.
_____    Case number *(if known)*_____
          Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    The Newell Mowing Co.                                                    Case number (if known)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                            $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks (x6), Chairs (x13), Filing Cabinets (x15) & Conference Table (x1) | $ 1,355.00 | Comparative Sales | $ 1,355.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers (x7), Computer Monitors (x12), Printers (x3) & External Hard Drives (x3) | $ 980.00 | Comparative Sales | $ 980.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                           $ 2,335.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor   The Newell Mowing Co.
_____
Name                                                    Case number *(if known)*_____

---

**Part 8:   Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2013 GMC Sierra 2500HD SLE, VIN: 3334; 59,939 Miles | $ 11,250.00 | NADA Avg. Trade-In | $ 11,250.00 |
| 47.2  2015 GMC Sierra 2500HD Crew Cab 4WD, VIN: 4159; 45,079 miles | $ 19,950.00 | NADA Avg. Trade-In | $ 19,950.00 |
| 47.3  2016 GMC  Sierra 2500HD 2WD, VIN: 9367; 80,007 miles | $ 16,325.00 | NADA Avg. Trade-In | $ 16,325.00 |
| 47.4  See continuation sheet | $ 60,925.00 | | $ 60,925.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 101,180.00 | | $ 86,680.00 |

51.  **Total of Part 8.**                                                                                           $ 195,130.00
Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   The Newell Mowing Co.
         _____        Case number (if known) _____
         Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Commercial Lease of 1801 Boston Avenue, Longmont, Colorado 80501 | Leasehold Estate | $_____ | _____ | Unknown $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** Website - https://www.greenmancares.com/ | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** Colorado Contractor License | $_____ | _____ | Unknown $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor    The Newell Mowing Co.                 Case number *(if known)*_____
       Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   _____ − _____ = ➜  $_____
                      Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
See continuation sheet
$ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

Nature of claim     _____
Amount requested    $_____
$_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Employee Advances
$ 605.00

Nature of claim     Unjust Enrichment
Amount requested    $ 605.00

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
$ 605.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    The Newell Mowing Co.                                Case number *(if known)*_____
Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 111.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 38,500.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,335.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 195,130.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 605.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $ 238,381.92 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ 238,381.92                         $ 238,381.92

| Debtor 1 | The Newell Mowing Co. | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 2002 Ford F250 XL, VIN: 5841; 115,913 miles | 1,400.00 | NADA Guides, Poor Condition Trade-In | 1,400.00 |
| 2016 GMC 2500HD 4WD, VIN: 0459; 27,852 miles | 19,050.00 | NADA Guides, Average Condition Trade-In | 19,050.00 |
| 2016 GMC 2500HD 4WD, VIN: 1316; 24,009 miles | 19,050.00 | NADA Guides, Average Condition Trade-In | 19,050.00 |
| 2017 GMC 2500HD Regular Cab 4WD, VIN: 1089; 25,431 miles | 21,425.00 | NADA Guides, Average Condition Trade-In | 21,425.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Landscape Mowers – 2012 Scag Tiger | 2,500.00 | Comparative Sales | 2,500.00 |
| Landscape Mowers – 2016 Scag | 7,500.00 | Comparative Sales | 7,500.00 |
| Landscape Mowers – 2017 Scag Stand-on (x4) | 14,000.00 | Comparative Sales | 14,000.00 |
| Trailers (x9) – 1970 Generic, 2001 Big Tex, 2002 JRS, 2003 Interstate, 2004 Interstate, 2006 Interstate, 2014 Big Tex, 2014 PJTM & 2015 Big Tex | 37,800.00 | Comparative Sales | 37,800.00 |
| Landscape Seed Spreaders – Earthway 2150 (x4) | 1,500.00 | Comparative Sales | 1,500.00 |
| Landscape Trimmers – Redmax 24" CHTZ2460 (x3), 30" CHRTZ2460L (x1) & BCZ260S (x3) | 70.00 | Comparative Sales | 70.00 |
| Snow Removal Sand Spreaders – Western (x1); Meyer Tailgate (x3) | 800.00 | Comparative Sales | 800.00 |
| Landscape Mowing Decks – 42" GHS (x3), 48" GHS (x5), | 4,200.00 | Comparative Sales | 4,200.00 |

| Debtor 1 | The Newell Mowing Co. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

48" SD (x3), "52
SD (x3)

| | | | |
|---|---|---|---|
| Landscape Mowers – Walker 1996, 1998, 2000, 2005, 2012 (x2) & Model T Kohler EFI Mower | 14,400.00 | Comparative Sales | 14,400.00 |
| Landscape Sprayers – Lesco 200 gal. Tree Sprayer (x1) & Lesco 50 gal. Tank Sprayer (x1) | 1,100.00 | Comparative Sales | 1,100.00 |
| Landscape Blowers – Redmax EBZ7001 (x3) & EBZ7500 (x9) | 600.00 | Comparative Sales | 600.00 |
| Landscape Aerators – Ryan (x2) & Toro Stand-On (x1) | 700.00 | Comparative Sales | 700.00 |
| Landscape Edgers – Edgemaster Poweredger (x4) & Redmax Stick Edger (x5) | 210.00 | | 210.00 |
| Miscellaneous Workshop Equipment – Dewalt Heavy Duty Chop Saw; Ingresoll-Rand Compressor; Walker Snowblower | 750.00 | Comparative Sales | 750.00 |
| Snow Removal Snowplows – Walker + Hitch (x5); Western 8" (x6); Boss 7 1/2" (x2) | 14,500.00 | Comparative Sales | Unknown |
| Landscape Mowers – Toro 21" (x4) & Honda 21" Hydro Trans (x4) | 400.00 | Comparative Sales | 400.00 |
| Landscape Pruners – Redmax (x3) | 150.00 | Comparative Sales | 150.00 |

**73) Interests in insurance policies or annuities**

| | |
|---|---|
| Nationwide Commercial Risk Placement Services/General Liability Policy No. 6955 | Unknown |
| Pinnacol Assurance Workers' Compensation Policy No. 9261 | Unknown |

Debtor 1 _____ The Newell Mowing Co. _____   Case number *(if known)*_____
　　　　　　　　First Name　　　Middle Name　　　Last Name

## Continuation Sheet for Official Form 206 A/B

**State Farm Mutual Auto Ins. Co. Policy    Unknown**
**No. 3006**

**Delta Dental of Colorado PPO Policy No.   Unknown**
** 1801**

**Fill in this information to identify the case:**

Debtor name ___The Newell Mowing Co.___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Financial, Inc.<br><br>**Creditor's mailing address**<br>P.O. Box 380901<br>Bloomington, MN 55438-0902<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 08/30/2014<br>**Last 4 digits of account number** 7858<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>2015 GMC Sierra 2500HD Crew Cab 4WD, VIN: 4159; 45,079 miles<br><br><br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 7,615.03 | $ 19,950.00 |
| **2.2** **Creditor's name**<br>Ally Financial, Inc.<br><br>**Creditor's mailing address**<br>P.O. Box 380901<br>Bloomington, MN 55438-0902<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 12/21/2015<br>**Last 4 digits of account number** 1632<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>　☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>2016 GMC  Sierra 2500HD 2WD, VIN: 9367; 80,007 miles<br><br><br>**Describe the lien**<br>Agreement you made<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,322.36 | $16,325.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 564,226.52

| Debtor | The Newell Mowing Co. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Ally Financial, Inc.

**Describe debtor's property that is subject to a lien**
2016 GMC 2500HD 4WD, VIN: 1316; 24,009 miles

$ 25,822.85 $ 19,050.00

**Creditor's mailing address**
P.O. Box 380901
Bloomington, MN 55438-0902

**Creditor's email address, if known**

**Date debt was incurred** 09/30/2016
**Last 4 digits of account number** 9165

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.4** **Creditor's name**
Bank of the West

**Describe debtor's property that is subject to a lien**
Computers (x7), Computer Monitors (x12), Printers (x3) & External Hard Drives (x3), Desks (x6), Chairs (x13), Filing Cabinets (x15) & Conference Table (x1), Accounts Receivable, Trailers (x9) - 1970 Generic, 2001 Big Tex, 2002 JRS, 2003 Interstate, 2004 Interstate, 2006 Interstate,  2014 Big Tex, 2014 PJTM & 2015 Big Tex, Employee Advances

$ 42,568.45 $ 79,351.92

**Creditor's mailing address**
Attn: Small Business Collections Unit
2527 Camino Ramon, San Ramon, CA 955

**Creditor's email address, if known**

**Date debt was incurred** 05/08/2015
**Last 4 digits of account number** 1844

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

Bank of the West, 1st; Kabbage, Inc., 2nd; Colorado Department of

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor   The Newell Mowing Co.
Name

Case number *(if known)*

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Colorado Department of Labor & Employment

**Creditor's mailing address**

633 17th Street, Suite 201
Denver, CO 80202-3660

**Creditor's email address, if known**

**Date debt was incurred**    1/15/2019
**Last 4 digits of account number**    2007

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**
Computers (x7), Computer Monitors (x12), Printers (x3) & External Hard Drives (x3), Desks (x6), Chairs (x13), Filing Cabinets (x15) & Conference Table (x1), Accounts Receivable, Trailers (x9) - 1970 Generic, 2001 Big Tex, 2002 JRS, 2003 Interstate, 2004 Interstate, 2006 Interstate,  2014 Big Tex, 2014 PJTM & 2015 Big Tex, Employee Advances

$13,124.08          $79,351.92

**Describe the lien**
Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
GM Financial

**Creditor's mailing address**

P.O. Box 183593
Arlington, TX 76096-3834

**Creditor's email address, if known**

**Date debt was incurred**    09/30/2016
**Last 4 digits of account number**    9032

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2016 GMC 2500HD 4WD, VIN: 0459; 27,852 miles

$ 13,686.27          $ 19,050.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | The Newell Mowing Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name
GM Financial

_____

Creditor's mailing address

P.O. Box 183593
Arlington, TX 76096-3834

_____

Creditor's email address, if known

_____

| Date debt was incurred | 06/22/2017 |
|---|---|
| Last 4 digits of account number | 1833 |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 GMC 2500HD Regular Cab 4WD, VIN: 1089; 25,431 miles

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $27,965.14  Column B: $21,425.00

---

**2.8** Creditor's name
Internal Revenue Service

_____

Creditor's mailing address

Centralized Insolvency Operations
P.O. Box 7346, Philadelphia, PA 19101-73

_____

Creditor's email address, if known

_____

| Date debt was incurred | 12/31/2016 |
|---|---|
| Last 4 digits of account number | 4562 |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

Computers (x7), Computer Monitors (x12), Printers (x3) & External Hard Drives (x3), Desks (x6), Chairs (x13), Filing Cabinets (x15) & Conference Table (x1), Accounts Receivable, Trailers (x9) - 1970 Generic, 2001 Big Tex, 2002 JRS, 2003 Interstate, 2004 Interstate, 2006 Interstate,  2014 Big Tex, 2014 PJTM & 2015 Big Tex, Employee Advances

**Describe the lien**

Statutory

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $375,345.87  Column B: $79,351.92

---

Debtor    The Newell Mowing Co.
_____
          Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**  Creditor's name
       Kabbage, Inc.
_____

**Creditor's mailing address**

P.O. Box 77081
_____
Atlanta, GA 30357
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/16/2017
**Last 4 digits of account number**    6312

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ┌─────────────────────────┐
   │                         │
   └─────────────────────────┘

   ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

Computers (x7), Computer Monitors (x12), Printers (x3) & External Hard Drives (x3), Desks (x6), Chairs (x13), Filing Cabinets (x15) & Conference Table (x1), Accounts Receivable, Trailers (x9) - 1970 Generic, 2001 Big Tex, 2002 JRS, 2003 Interstate, 2004 Interstate, 2006 Interstate,  2014 Big Tex, 2014 PJTM & 2015 Big Tex, Employee Advances

$ 23,140.80   $ 79,351.92

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**  Creditor's name
        Sheffield Financial
_____

**Creditor's mailing address**

P.O. Box 1704
_____
Clemmons, NC 27012
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    03/08/2016
**Last 4 digits of account number**    4509

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ┌─────────────────────────┐
   │                         │
   └─────────────────────────┘

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Landscape Mowers - Walker 1996, 1998, 2000, 2005, 2012 (x2) &  Model T Kohler EFI Mower

$ 1,927.35   $ 14,400.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _5_ of _7_

Debtor     The Newell Mowing Co.
           _____
           Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.11

**Creditor's name**
Sheffield Financial
_____

**Creditor's mailing address**

P.O. Box 1704
Clemmons, NC 27012
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   03/16/2016
**Last 4 digits of account number**   3392

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Landscape Mowers - 2016 Scag

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,463.03 | $7,500.00

### 2.12

**Creditor's name**
Sheffield Financial
_____

**Creditor's mailing address**

P.O. Box 1704
Clemmons, NC 27012
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   06/21/2017
**Last 4 digits of account number**   2981

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Landscape Mowers - 2017 Scag Stand-on (x4)

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,245.29 | $14,000.00

| Debtor | The Newell Mowing Co. | Case number *(if known)*_____ |
| | Name | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jonathan Neil & Associates, Inc.<br>18321 Ventura Boulevard<br>Suite 1000<br>Tarzana, CA, 91356 | Line 2. 4 | 7256 |
| Patton & Davison LLC<br>Attn: Caleb C. Wilkins, Esq.<br>1920 Thomes Avenue, Suite 600<br>Cheyenne, WY, 82001 | Line 2. 2 | 1124 |
| Patton & Davison LLC<br>Attn: Caleb C. Wilkins, Esq.<br>1920 Thomes Avenue, Suite 600<br>Cheyenne, WY, 82001 | Line 2. 3 | 1125 |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor _____ The Newell Mowing Co. _____

United States Bankruptcy Court for the: _____ District of Colorado _____

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Colorado Department of Labor & Employment
633 17th Street, Suite 201
Denver, CO, 80202-3660

As of the petition filing date, the claim is:   $ Unknown          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019-2020

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account**
number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.2** Priority creditor's name and mailing address
Colorado Department of Revenue
Attn: Bankruptcy Unit
1375 Sherman St., Room 504
Denver, CO, 80261

As of the petition filing date, the claim is:   $ 37,141.82          $ 30,636.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018-2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account**
number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is:   $ Unknown          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016-2020

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account**
number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor   The Newell Moving Co.

Name

Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Ally Financial, Inc.
P.O. Box 380901
Bloomington, MN, 55438-0902

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Deficiency Balance

$ 391.98

| Date or dates debt was incurred | 07/24/2017 | Is the claim subject to offset? |
| Last 4 digits of account number | 7647 | ☐ No   ☑ Yes |

**3.2** | **Nonpriority creditor's name and mailing address**
Arbortanics, Inc.
11868 Mineral Road

Longmont, CO, 80504

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,214.36

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | 8850 | ☑ No   ☐ Yes |

**3.3** | **Nonpriority creditor's name and mailing address**
Audit Systems Inc.
1301 Seminole Boulevard
Suite 157
Largo, FL, 33770

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 491.23

| Date or dates debt was incurred | 06/17/2019 | Is the claim subject to offset? |
| Last 4 digits of account number | 4059 | ☑ No   ☐ Yes |

**3.4** | **Nonpriority creditor's name and mailing address**
Capital One (USA) Bank, N.A.
P.O. Box 30285

Salt Lake City, UT, 84130-0285

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 22,733.75

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | 3596 | ☑ No   ☐ Yes |

**3.5** | **Nonpriority creditor's name and mailing address**
Chase Ink
Attn: Cardmember Service
P.O. Box 15298
Wilmington, DE, 19850-5298

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 14.64

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | 7797 | ☑ No   ☐ Yes |

**3.6** | **Nonpriority creditor's name and mailing address**
CitiBank, N.A.
P.O. Box 6235

Sioux Falls, IA, 57117-6235

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,428.85

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | 3153 | ☑ No   ☐ Yes |

Debtor _____The Newell Mowing Co._____
           Name

Case number _(if known)_ _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7  **Nonpriority creditor's name and mailing address**

Colorado Landscaping Materials
1541 Boston Avenue

Longmont, CO, 80501

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 38,830.80

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL, 35476

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 3,941.75

**Date or dates debt was incurred** 4/19/19

**Last 4 digits of account number** 5062

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

DBC Irrigation Supply
5805 East 39th Avenue
Denver, CO, 80207

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,310.58

**Date or dates debt was incurred** 07/31/2020

**Last 4 digits of account number** 3001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10  **Nonpriority creditor's name and mailing address**

G&G Equipment, Inc.
3770 Eureka Way, Unit A

Frederick, 80516

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,147.08

**Date or dates debt was incurred** 8/15/2017

**Last 4 digits of account number** 1007

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11  **Nonpriority creditor's name and mailing address**

GM Financial
P.O. Box 183593
Arlington, TX, 76096-3834

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ Unknown

**Date or dates debt was incurred** 07/31/2017

**Last 4 digits of account number** 1435

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    The Newell Mowing Co.
Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** Nonpriority creditor's name and mailing address

Green Spot Inc.
P.O. Box 94

Longmont, CO, 80502-0094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred    6/26/2017

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,077.35

---

**3.13** Nonpriority creditor's name and mailing address

John Deere Construction & Forestry Company
c/o John Deere Financial
6400 NW 86th Street, P.O. Box 6600
Johnston, IA, 50131-6600

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Last 4 digits of account number    8410

Is the claim subject to offset?
☐ No
☑ Yes

$ Unknown

---

**3.14** Nonpriority creditor's name and mailing address

Justin W. Newell
922 Roundup Place

Longmont, CO, 80504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred    6/23/2016

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 167,967.04

---

**3.15** Nonpriority creditor's name and mailing address

Kaiser Permanente
7903 East Lowry Boulevard
Suite 400
Denver, CO, 80230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Insurance

Date or dates debt was incurred    12/5/2019

Last 4 digits of account number    7749

Is the claim subject to offset?
☑ No
☐ Yes

$ 35,441.36

---

**3.16** Nonpriority creditor's name and mailing address

Moneytree, Inc.
P.O. Box 58363
Seattle, WA, 98138-1363

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred    01/30/2020

Last 4 digits of account number    1101

Is the claim subject to offset?
☑ No
☐ Yes

$ 856.58

---

Debtor   The Newelt Mowing Co.
_____
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17**   **Nonpriority creditor's name and mailing address**

Myklyn Tires Inc.
1205 South Main Street

Longmont, CO, 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Home / Car Repairs

$ 3,845.86

Date or dates debt was incurred   _____

Last 4 digits of account number   9004

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**

NAR Inc.
1600 West 2200 South
Suite 410
West Valley City, UT, 84119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 7,422.98

Date or dates debt was incurred   04/10/2019

Last 4 digits of account number   3192

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**

Progressive Casualty Insurance Company
Attn: Division of Insurance
1560 Broadway
Denver, CO, 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Auto Insurance Premiums

$ 7,765.92

Date or dates debt was incurred   6/30/2020

Last 4 digits of account number   7790

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**

Radius Global Solutions LLC
1776 South Jackson Street
Suite 900
Denver, CO, 80210-3808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Deficiency Balance

$ 6,949.74

Date or dates debt was incurred   3/31/2016

Last 4 digits of account number   9774

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.21**   **Nonpriority creditor's name and mailing address**

Skazma, Inc.
626 South Sunset Street

Longmont, CO, 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,061.08

Date or dates debt was incurred   _____

Last 4 digits of account number   3319

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Newell Mowing Co._____
        Name

Case number (if known) _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22   Nonpriority creditor's name and mailing address**

SM3 Maintenance
P.O. Box 1343

Berthoud, CO, 80513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 2,435.00

Date or dates debt was incurred     4/1/2019

Last 4 digits of account number     19S198

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23   Nonpriority creditor's name and mailing address**

Vectra Bank Colorado
Attn: VBC Administration
2000 South Colorado Boulevard, Suite 2-1200
Denver, CO, 80222

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Paycheck Protection Program

$ Undetermined

Date or dates debt was incurred     04/15/2020

Last 4 digits of account number     8896

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24   Nonpriority creditor's name and mailing address**

Waste Management of Colorado, Inc.
1001 Fannin Street

Houston, TX, 77002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

$ 3,802.55

Date or dates debt was incurred     _____

Last 4 digits of account number     2484

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25   Nonpriority creditor's name and mailing address**

Western Disposal, Inc.
P.O. Box 9100

Boulder, CO, 80301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,565.49

Date or dates debt was incurred     03/10/2020

Last 4 digits of account number     6577

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26   Nonpriority creditor's name and mailing address**

Wilbur-Ellis
345 California Street
27th Floor
San Francisco, CA, 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred     9/4/2019

Last 4 digits of account number     1853

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Newell Mowing Co._____   Case number _(if known)_ _____
                    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Alderman Bernstein LLC<br>c/o Solsbury Hill, LLC<br>101 University Boulevard, Suite 350<br>Denver, CO, 80206 | Line 3.9<br>☐ Not listed. Explain: | _____ |
| 4.2. | Alltran Financial, LP<br>P.O. Box 722929<br>Houston, TX, 77272-2929 | Line 3.1<br>☐ Not listed. Explain | 4076 |
| 4.3. | Ally Financial, Inc.<br>P.O. Box 380901<br>Bloomington, MN, 55438-0902 | Line 3.20<br>☐ Not listed. Explain | 1527 |
| 4.4. | Altus GTS Inc.<br>2400 Veterans Memorial Boulevard<br>Suite 300<br>Kenner, LA, 70062 | Line 3.17<br>☐ Not listed. Explain | 0064 |
| 41. | Bighorn Legal<br>P.O. Box 270<br>Englewood, CO, 80151 | Line 3.18<br>☐ Not listed. Explain | 3192 |
| 4.5. | Complete Payment Recovery Services, Inc.<br>3500 5th Street<br>Northport, AL, 35476 | Line 3.3<br>☐ Not listed. Explain | 7476 |
| 4.6. | Greenberg & Sada, P.C.<br>770 West Hampden Avenue<br>Suite 227<br>Englewood, CO, 80110 | Line 3.21<br>☐ Not listed. Explain | 3319 |
| 4.7. | Holland & Hart LLP<br>Attn: Jessica M. Schmidt, Esq.<br>555 17th Street, Suite 3200<br>Denver, CO, 80202 | Line 3.13<br>☐ Not listed. Explain | 8410 |
| 4.8. | Miller Cohen Peterson Young, P.C.<br>P.O. Box 1259<br>Longmont, CO, 80502 | Line 3.24<br>☐ Not listed. Explain | 2484 |
| 4.9. | Peak Insurance Group<br>P.O. Box 70<br>Erie, CO, 80516 | Line 3.19<br>☐ Not listed. Explain | 7790 |
| 4.10. | Professional Recovery of Longmont, Inc.<br>1100 Francis Street<br>Longmont, CO, 80501 | Line 3.21<br>☐ Not listed. Explain | 3319 |
| 4.11. | Radius Global Solutions LLC<br>P.O. Box 390905<br>Minneapolis, MN, 55439 | Line 3.6<br>☐ Not listed. Explain | 7142 |

Debtor _____The Newell Mowing Co._____
         Name

Case number _____
           (if Known)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------|---------|---------|
| 4._13_ Tucker Albin & Associates<br>3190 South Vaughn Way<br>Suite 510<br>Aurora, CO, 80014 | Line _3.26_<br>☐ Not listed. Explain | _1853_ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor ___The Newell Moving Co._____          Case number *(if known)*_____
         Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 37,141.82 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 364,695.97 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 401,837.79 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___The Newell Mowing Co.___

United States Bankruptcy Court for the: ___District of Colorado___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/16/2020___        ✗ _____
       MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                         Justin Newell
                         Printed name

                         President
                         Position or relationship to debtor